UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PATRICK,

    Plaintiff,

v.

PIERCE, et al.,

    Defendants.

No. 2:17-cv-1205 KJM CKD P

ORDER

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 17, 2018, the undersigned screened the complaint and found that the allegations in Claim Five against Huisar for using excessive force and the components of Claims Four and Six in which Sanchez applied handcuffs too tightly and interfered with plaintiff's mental health treatment, stated valid claims for relief. (ECF No. 12 at 15.) All other claims and defendants were dismissed with leave to amend. (Id.) Plaintiff was given the option of proceeding on his claims against Huisar and Sanchez or amending the complaint, and was directed to notify the court of his decision within fourteen days. (Id.) The order was re-served on plaintiff after his notice of change of address was received (ECF No. 14) and the deadline for notifying the court has now passed. Plaintiff will be given one more opportunity to notify the court how he would like to proceed. If plaintiff fails to notify the court on how he would like to proceed, the court will construe plaintiff's silence as a decision to

1

proceed on the complaint as screened.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this order, plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on the screened complaint or whether he wants to file an amended complaint. Failure to return the attached form will be construed as a decision to proceed on the complaint as screened without amendment.

Dated: September 20, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:patr1205.option

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1205 KJM CKD P<br><br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his Eighth Amendment excessive force and deliberate indifference claims against defendants Huisar and Sanchez without amending the complaint. Plaintiff understands that going forward without amending the complaint means that he is voluntarily dismissing without prejudice all his claims against defendants Pierce, Crozier, Quick, Hernandez Kaplain, Altshuler, Perez, and Chudy and his failure to protect claim against defendant Sanchez.

\_\_\_\_\_ Plaintiff wants to amend the complaint.

DATED:_____

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS PATRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se