UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>PIERCE, et al.,<br><br>    Defendants. | No. 2:17-cv-1205 KJM CKD P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 2, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 22.) Neither party has filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 2, 2019 (ECF No. 22), are adopted in full.

2. Defendants Pierce, Crozier, Quick, Hernandez, Kaplain, Altshuler, Perez, and Chudy and the failure to protect claim against defendant Sanchez are dismissed without prejudice for the reasons set forth in the August 17, 2018 screening order (ECF No. 12) and October 19, 2018 order directing service (ECF No. 16).

3. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: February 12, 2019.

_____
UNITED STATES DISTRICT JUDGE