UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>        Plaintiff,<br><br>   v.<br><br>PIERCE, et al.,<br><br>        Defendants. | Case No. 2:17-cv-01205-KJM-CKD P<br><br><br>ORDER |

On June 14, 2019, the court issued an order granting defendants' request for ruling by a district judge, ECF No. 21, and construing the magistrate judge's screening order, ECF No. 12, as findings and recommendations. ECF No. 33 (citing *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). Defendants object to this order as duplicative of the magistrate judge's January 2, 2019 order granting defendants' request and reissuing the screening order as findings and recommendations, ECF No. 22, which the court adopted in full, ECF No. 24.

Defendants' objection is SUSTAINED, and the court's June 14, 2019 order is hereby VACATED as duplicative.

IT IS SO ORDERED.

DATED: June 25, 2019.

_____
UNITED STATES DISTRICT JUDGE