UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1205 KJM CKD P<br><br><br><br>ORDER |

Defendants have filed a motion to modify the February 14, 2019 discovery and scheduling order. (ECF No. 40.) Specifically, they request that the pretrial motions deadline be vacated pending resolution of their exhaustion-based motion for summary judgment. Id. at 2. In the event the currently pending motion is denied, they request a new deadline be set for the filing of merit-based summary-judgment motions. Id.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the scheduling order (ECF No. 40) is granted. The August 30, 2019 pretrial motions deadline is vacated and will be re-set, as necessary, upon resolution of defendants' currently pending motion for summary judgment.

Dated: July 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:patr1205.modify

1