UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>        Plaintiff,<br><br>   v.<br><br>PIERCE, et al.,<br><br>        Defendants. | No. 2:17-cv-1205 KJM CKD P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 10, 2019, defendants filed a motion for summary judgment and noticed it for hearing on August 28, 2019. ECF No. 39. Plaintiff's response was due by August 14, 2019 (see L.R. 230(c)); however, he has not filed a response. Plaintiff will be given one more opportunity to respond to the motion for summary judgment and is warned that failure to do so will result in a recommendation that this action be dismissed for failure to prosecute. He is also reminded that since he is no longer incarcerated, he is not entitled to the benefit of the prison mailbox rule. This means that if the court receives plaintiff's response after the deadline, it is late, even if he mailed it by the deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have twenty-one days from the service of this order to file a response to defendants' motion for summary judgment. Failure to file a response will result in a

recommendation that this action be dismissed for failure to prosecute.

2. The August 28, 2019 hearing on the motion for summary judgment is vacated and may be re-set upon completion of briefing at the court's discretion.

Dated: August 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:part1205.vacate