UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>    Plaintiff,<br><br>  v.<br><br>PIERCE, et al.,<br><br>    Defendants. | No. 2:17-cv-1205 KJM CKD P<br><br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, has filed a motion to compel depositions. (ECF No. 45.) As this court noted in denying plaintiff's request to extend the time to complete discovery, discovery in this matter closed on June 7, 2019. (ECF No. 44 (citing ECF No. 25 at 5).) The motion to compel depositions was filed on August 15, 2019, over two months after the close of discovery, and plaintiff has failed to explain what efforts he took to take depositions before the close of discovery and why he waited until after discovery had closed to file his motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel depositions (ECF No. 45) is denied.

Dated: August 20, 2019

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:patr1205.mtc.depo

1